UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:

STACEY RENEE GREEN,                    CASE NO. 20-30703-KKS
                                       CHAPTER 7
    DEBTOR.
_____/

**ORDER DENYING, WITHOUT PREJUDICE, *CHAPTER 7 TRUSTEE'S MOTION TO (I) APPROVE A SHORT SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. § 363(B), (F), AND (M), (II) SURCHARGE AGREEMENT BETWEEN SECURED LENDER AND THE ESTATE, AND (III) OTHER RELIEF* (ECF NO. 32)**

THIS MATTER is before the Court on *Chapter 7 Trustee's Motion to (I) Approve a Short Sale of Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. § 363(b), (f), and (m), (II) Surcharge Agreement Between Secured Lender and the Estate, and (III) Other Relief* ("Motion," ECF No. 32), set for hearing on June 9, 2021. The Motion states that the property is fully encumbered and the carve-out to the estate is $0.[1] For this reason, it is

ORDERED:

1. The *Chapter 7 Trustee's Motion to (I) Approve a Short Sale of Real

---

[1] Motion, ¶ 8, 14.

NCM

*Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. § 363(b), (f), and (m), (II) Surcharge Agreement Between Secured Lender and the Estate, and (III) Other Relief* (ECF No. 32) is DENIED without prejudice.

2. The hearing on June 9, 2021 is CANCELED.

DONE AND ORDERED   June 7, 2021   .

                                              Karen K. Specie
                                              U.S. Chief Bankruptcy Judge

Trustee is directed to service a copy of this order on interested parties and file a certificate of service within three (3) business days of entry of the order.