IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                                    CASE NO. 20-30703-KKS
                                                          Chapter 7

     STACEY RENEE GREEN,

        Debtor
_____/

**<u>TRUSTEE'S MOTION TO VACATE AND SET ASIDE ORDER DENYING, WITHOUT PREJUDICE, CHAPTER 7 TRUSTEE'S MOTION TO (I) APPROVE A SHORT SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. §363(B), (F) AND (M), (II) SURCHARGE AGREEMENT BETWEEN SECURED LENDER AND THE ESTATE, AND (III) OTHER RELIEF (ECF NO. 37)</u>**

COMES NOW, the Trustee, Karin A. Garvin, and files this her Motion to Vacate and Set Aside Order Denying, Without Prejudice, Chapter 7 Trustee's Motion To (I) Approve A Short Sale of Real Property Free and Clear of Liens, Claims, Encumbrances, And Interests Pursuant to 11 U.S.C. §363(B), (F) And (M), (II) Surcharge Agreement Between Secured Lender and The Estate, and (III) Other Relief (ECF No. 37), and avers as follows:

1.    Trustee filed her Motion to Vacate and Set Aside Order Denying, Without Prejudice, Chapter 7 Trustee's Motion To (I) Approve A Short Sale of Real Property Free and Clear of Liens, Claims, Encumbrances, And Interests Pursuant to 11 U.S.C. §363(B), (F) And (M), (II) Surcharge

Agreement Between Secured Lender and The Estate, and (III) other Relief (ECF No. 32) on May 17, 2021 (hereinafter "Motion to Sell Free and Clear".)

4. The Trustee stated in the Motion to Sell Free and Clear in Paragraph 11: "As a material inducement to the Trustee's decision to pursue the proposed sale, the Secured Creditor consents to the Property's sale and the creation of a Carve-Out Fund (the "Carve-Out Fund") and/ or the Buyer(s) consents to the payment of a Buyer's Premium that will provide for the costs of this case to be paid and provide a recovery for other creditors."

5. In Paragraph 14, The Motion to Sell Free and Clear indicated that the offer "will result in a carve-out for the Bankruptcy Estate of $0 and a buyer's premium of $6,000.00." The buyer's premium of $6,000 as per paragraph 11 of the Motion to Sell Free and Clear will provide for a recovery to the creditors.

6. A "carve out" is money paid by the secured lender to the estate and a "buyer's premium" is money paid by the buyers to the estate.

7. While it is correct that the carve out in this deal is $0, the buyer's premium will provide $6,000 to the estate.

8. It appears that the Court based the denial of the Motion to Sell Free and Clear on the fact that the carve-out to the estate was $0 and

therefore the estate would receive no money from the sale of the subject real property.

9.      There were no objections to the Motion to Sell Free and Clear and the estate will receive $6,000 from the buyer's premium.

WHEREFORE, Debtor prays that this Honorable Court grant Trustee's Motion to Vacate and Set Aside Final Order Denying Without Prejudice, Chapter 7 Trustee's Motion To (I) Approve A Short Sale of Real Property Free and Clear of Liens, Claims, Encumbrances, And Interests Pursuant to 11 U.S.C. §363(B), (F) and (M), (II) Surcharge Agreement Between Secured Lender and The Estate, and (III) Other Relief (ECF No. 37) and enter an Order Granting Chapter 7 Trustee's Motion To (I) Approve A Short Sale of Real Property Free and Clear of Liens, Claims, Encumbrances, And Interests Pursuant to 11 U.S.C. §363(B), (F) and (M), (II) Surcharge Agreement Between Secured Lender and The Estate, and

(III) Other Relief (ECF No. 32.)

RESPECTFULLY SUBMITTED,
/s/ Karin A. Garvin, Trustee
Karin A Garvin
FL Bar No. 0106933
1801 W. Garden Street
Pensacola, FL 32502
Phone: (850) 437-5577
E-mail: trustee@kgarvinlaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing instrument on Charles F. Edwards, Esq., (charles.edwards@usdoj.gov) and William T Shaffer, Esq. (wtslawgroup@msn.com) by the Court via Notice of Electronic Filing and to BK Global (pmelendrez@bkginc.com) via electronic mail on the date this document was filed with the Court. *Note: for verification of the date of service, please check the docket entry for this document.*

/s/ Karin A. Garvin, Trustee
Karin A Garvin
1801 W. Garden Street
Pensacola, FL 32502
Phone: (850) 437-5577
E-mail: trustee@kgarvinlaw.com
