IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                        CASE NO. 20-30703-KKS

STACEY RENEE GREEN          CHAPTER 7

               Debtor(s).

_____/

**<u>ORDER GRANTING TRUSTEE'S MOTION TO VACATE AND SET ASIDE ORDER DENYING, WITHOUT PREJUDICE, CHAPTER 7 TRUSTEE'S MOTION TO (I) APPROVE A SHORT SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. §363(B)(F) AND (M), (II) SURCHARGE AGREEMNT BETWEEN SECURED LENDER ABD THE ESTATE, AND (III) OTHER RELIEF (Doc #39)</u>**

THIS CASE was considered by the Bankruptcy Court upon Trustee's Motion to Vacate and Set Aside Order Denying Without Prejudice, Chapter 7 Trustee's Motion To (I) Approve A Short Sale of Real Property Free And Clear Of Liens, Claims, Encumbrances, And Interests Pursuant To 11 U.S.C. §363(B)(F) And (M), (II) Surcharge Agreement Between Secured Lender And The Estate, And (III) Other Relief (Doc # 39).  After Notice, and the Court having considered said Motion and being otherwise duly advised in the premises, it is:

ORDERED that:

1. The Trustee's Motion to Vacate and Set Aside Order Denying Without

1

Prejudice, Chapter 7 Trustee's Motion To (I) Approve A Short Sale of Real Property Free And Clear Of Liens, Claims, Encumbrances, And Interests Pursuant To 11 U.S.C. §363(B)(F) And (M), (II) Surcharge Agreement Between Secured Lender And The Estate, And (III) Other Relief (Doc # 39) is VACATED.

DONE and ORDERED this ___21st day of July, 2021_____.

_____
KAREN K. SPECIE
United States Bankruptcy Judge

Prepared by:
Karin A Garvin, Trustee

Trustee, Karin A Garvin, is directed to serve a copy of this order on interested parties and file a certificate of service within three (3) days of entry of the order.